LORETTA MCCAFFREY ANDRES, Plaintiff-Appellant, *v.* HELEN M. MCCAFFREY *et al.*, Defendants-Appellees.

(No. 58591;

First District (5th Division)—January 31, 1974.

318

PER CURIAM.
ENGLISH, J., took no part.

J. Edward Jones, of Blue Island, for appellant.

Barclay, Damisch & Sinson, Ltd., of Chicago (A. Hayes Barclay and Theodore W. Wrobleski, of counsel), for appellees.

THE PEOPLE *ex rel.* PAUL O. CRUMP, Petitioner-Appellant, *v.* ELZA BRANTLEY, Warden, Illinois State Penitentiary at Menard, Respondent-Appellee.

(No. 57813;

First District (1st Division)—January 21, 1974.

James J. Doherty, Public Defender, of Chicago (Richard Kling and Robert Gray, Assistant Public Defenders, of counsel), for appellant.